AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

United States of America
v.

CALVIN WASHINGTON,

*Defendant(s)*

Case No. 1:20-mj-0815

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 14, 2020 in the county of Marion in the Southern District of Indiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm and Ammunition By a Prohibited Person |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

s/ Ryan VanOeveren
*Complainant's signature*

Ryan VanOeveren, TFO ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone *(reliable electronic means)*

Date: September 16, 2020

City and state: Indianapolis, IN

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
Doris L. Pryor
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

Your Affiant, Ryan VanOeveren, being duly sworn, does depose and state:

## Affiant Background and Purpose of Affidavit

1. I am a Detective with the Indianapolis Metropolitan Police Department (IMPD) and have been employed by IMPD and its predecessor organization, the Indianapolis Police Department, as a sworn law enforcement officer since 2000. I am also a Task Force Officer (TFO) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and I have been so employed since 2017. In connection with my official ATF duties, I investigate criminal violations of federal laws, including, but not limited to, firearms and violent crime offenses in violation of Title 18, United States Code, Sections 922(g), 924(c), 1951, and 2119. In addition to my IMPD and ATF experience, I was previously assigned as a TFO with the Federal Bureau of Investigation (FBI) Safe Streets Task Force in Indianapolis for approximately four years between 2009 and 2013.

2. I have testified in judicial proceedings and prosecutions for violations of firearms laws and narcotics violations. I have also been involved in various types of surveillance and in the debriefing of defendants, witnesses, informants, and others who have knowledge of the use of firearms in conjunction with other criminal activities, including violent crimes and the distribution of controlled substances.

3. The information set forth in this Affidavit is based upon my participation in this investigation, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training. This Affidavit does not set forth every fact your Affiant has learned during this investigation, but rather is provided solely for establishing probable cause in support of the application for a Complaint in this matter. The

information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

4. This Affidavit is submitted in support of a Criminal Complaint charging Calvin WASHINGTON (date of birth XX/XX/1985) and Social Security Number XXX-XX-1818) with Possession of a Firearm and Ammunition By a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1). The information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

**Facts Supporting Probable Cause**

5. On Saturday, September 14, 2020, at approximately 7:41 a.m., uniform police officers M. Price and Hibschman of the Indianapolis Metropolitan Police Department (IMPD) responded to a domestic disturbance with a weapon located at 9284 Dunwoody Lane, Indianapolis, Indiana. The victim, S.L. used a 911 text messaging application to communicate with authorities that she needed help and not to arrive to the home using sirens. IMPD officers arrived at the location and observed Calvin WASHINGTON, who was later identified, inside the residence holding an infant child and was standing right behind the victim. IMPD spoke with the victim who stated that WASHINGTON needed to leave her residence because WASHINGTON had choked her.

6. While IMPD officers were speaking with the victim, WASHINGTON began to walk towards the kitchen near a rear sliding door. Officer Hibschman observed WASHINGTON reach into the front of his pants and removed what he believed to be a firearm and threw it into the kitchen trash can. WASHINGTON quickly exited the rear sliding door with the infant child, tossed the baby on the ground, and began running from the scene. IMPD officers pursued WASHINGTON through the neighborhood on foot ordering him to stop. Eventually, WASHINGTON was apprehended and placed under arrest.

7. IMPD officers returned to the 9284 Dunwoody Lane to learn that the baby WASHINGTON tossed on the ground was an eight (8) month old baby girl. IMPD Officer Messer found a loaded Walther PPK .380 semiautomatic handgun bearing serial number S024181 in the same trash can where WASHINGTON was observed putting the handgun.

8. All the evidence was photographed, recovered, and transported to the IMPD property room and WASHINGTON was transported to the Marion County Jail.

9. WASHINGTON has sustained a conviction for a crime punishable by more than one (1) year of imprisonment, that is;

a. Possession of a Pistol/Assault Weapon – Conviction or Adjudicated Delinquent for Crime of Violence in Polk County (Minnesota) under cause number 60-CR-13-1346, on or about February 7, 2014; and/or

b. Possession of a Pistol/Assault Weapon – Conviction or Adjudicated Delinquent for Crime of Violence in Polk County (Minnesota) under cause number 60-CR-13-1593, on or about February 7, 2014; and/or

c. Drugs – 5th Degree – Unlawful Possession of Schedule I, II, III, or IV, Not Small Amount Marijuana in Scott County (Minnesota) under cause number 70-CR-18-8655, on or about November 28, 2018; and/or

d. Possession of Controlled Substance with Intent to Sell, a category D felony in Clark County (Nevada) under cause number C-19-344581-1, on or about February 3, 2020.

10. The Walther PPK .380 semiautomatic handgun described above was not manufactured in the state of Indiana. By virtue of its presence in the State of Indiana, therefore, the firearms had to have been transported or shipped in interstate or foreign commerce.

11. At the time WASHINGTON possessed the Walther PPK .380 semiautomatic handgun described above, WASHINGTON knew that he had been previously convicted of a crime punishable by more than one year of imprisonment.

12. All of the above-described events occurred in the Southern District of Indiana, Indianapolis Division.

Date: September 16, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

**Conclusion and Request**

13. Your Affiant submits that, based on the facts set forth in this Affidavit, probable cause exists that on September 14, 2020, in the Southern District of Indiana, Calvin WASHINGTON, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1). Accordingly, your Affiant requests this Court issue a Criminal Complaint charging WASHINGTON with this crime, along with a warrant for his arrest.

__/s/ Ryan VanOeveren, ___________
Ryan VanOeveren, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Federal Rules of Criminal Procedure 4.1 and 41(d)(3) by reliable electronic means