UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CAUSE NO. 1:20-mj-0815
)
CALVIN WASHINGTON, )
Defendant. )

**PENALTY SHEET**

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Possession of a Firearm and Ammunition By a Prohibited Person 18 U.S.C. § 922(g)(1) | 0-10 years | $250,000 | NMT 3 years |

Dated:

____________________________________
CALVIN WASHINGTON
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

____________________________________
United States Magistrate Judge
Southern District of Indiana