12-16-21

Good Morning MRS. Sarah Evans Barker;

I'm writing to inform you about MR. Calvin A. washington JR.
This is my story. I'm a mother of four childen & Calvin JR. is my baby boy. You know I didn't know that you could be single with a man in the home, my ex husband & I where marriaged for over 30 yRS, But yet I found myself raising my children along. So I put everything in my son that was given to me. And yes I don't agree with everything that Calvin has done, cause has a parent you would love to see →

ALL your children become productive in Society, And to be his own man. My Son IS A pk KID (preacher's KID). The only way that we have survived this far is with the power, love of God. with ALL that being said, I Love my son for life & Calvin JR has a good heart, its taking him longer to understand life, He was such a troubled KID. cause of a absent father, Calvin Loved that my dearly. So anger played a big part of my Son's life (Calvin JR). yes we R looking forward to Calvin coming home (family) we will ~~open~~ welcome him with open hands.

Thank you for taking the time to read my letter, blessings to you & your family.

Sign Pastor
Evoris E.
Dockery.

PS. So you see I have cried many Night for my child.

Case # 120-Cr-00236-Se6-TAB

PASTOR EVORIS Dockery
1507 Mallard DR. BIV. 15
Michigan City, IN. 46360



S SUBURBAN IL 604
16 DEC 2021 PM 4 L

Sarah Evans Barker
46 E. ohio st.
INDianapolis, IN.
46204

**RECEIVED**

DEC 2 1 2021

JUDGE BARKER'S CHAMBERS
INDIANAPOLIS, INDIANA

46204-432699