Calvin Washington 1-20-cr-236-SEB-TAB

The 2nd Amendment Is my Gun Permit

FILED
MAR 24 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Date Issued 12/15/1791

Date Expires Never

(2255) Successive motion To vacate, Set aside, Correct Sentence.

Here are a couple Facts That support my 2255 motion.

Range v. Attorney General, Case No. 21-2835 2022 US App. Lexis 36088 (3rd Cir. January 6. 2023)

Sentencing Law and Policy, Enbanc Third Cir. to Reconsider Constitutionality of 922(g)(1)'s Felon-In-possession gun prohibition After Bruen. (January 9, 2023)

18 USC 922(g)(1)'s Felon-In-possession statute, Is a clear violation of my 2nd Amendment Right.

We the people live In a world based off of, Freedom, Liberty, and Equality. my Second Amendment states. I have the Right to bear arms. It doesn't state, I have the Right to bear arms, If. I Don't have a prior Felony Conviction.

Calvin Washington #14674-509