Please docket
this as a
Motion to
Vacate - 2255

Thank you.