Calvin WashingTon #14674-509
P.O.Box 2099
Pollock, LA 71467

SHREVEPORT LA 710
21 MAR 2023 PM 1 L

Judge Sarah BarkER
U.S. District Court
46 E ohio St.
Indianapolis, IN 46204

RECEIVED
MAR 24 2023
JUDGE BARKER'S CHAMBERS
INDIANAPOLIS, INDIANA

46204-190399